# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BANG, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No. |
| vs. | ) |
| | ) |
| FIRST FINANCIAL ASSET | ) |
| MANAGEMENT, INC., AKA FIRST | ) |
| FINANCIAL ASSET MANAGEMENT | ) |
| AKA FFAM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF REMOVAL

**TO:**

The United States District Court for the    Michael Bang
Northern District of Georgia, Atlanta        2849 Meadow Drive
Division                                     Marietta, Georgia 30062

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1446(a) and (b), the Defendant First Financial Asset Management, Inc., ("Defendant") hereby removes this case to the United States District Court for the Northern District of Georgia, Atlanta Division based on the following grounds:

1. This action is removable to the United States District Court under 28 U.S.C. §§ 1331 and 1441 on the grounds of federal question jurisdiction, in that the complaint purports to allege a causes of action under the Fair Debt Collection

Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

2. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after Defendant's receipt of the initial pleadings setting forth the claim for relief upon which this action is based.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of the following documents, which are all the process, pleadings and orders received by one or more Defendants in this action, to wit: bates pages numbered 1 to 18.

4. Upon receipt of this Notice, no further action shall be taken in the Magistrate Court of Cobb County, State of Georgia.

5. By filing this Notice of Removal, the Defendant demonstrates its consent to the removal of the case to this Court.

Respectfully submitted this 6th day of August 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871

jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL BANG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | |
| | ) | |
| FIRST FINANCIAL ASSET | ) | |
| MANAGEMENT, INC., AKA FIRST | ) | |
| FINANCIAL ASSET MANAGEMENT | ) | |
| AKA FFAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant's Notice of Removal by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Michael Bang
2849 Meadow Drive
Marietta, Georgia 30062

Respectfully submitted this 6th day of August 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473