## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL BANG, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 1:14-cv-02536-CAP-WEJ |
| | ) | |
| FIRST FINANCIAL ASSET | ) | |
| MANAGEMENT, INC., AKA FIRST | ) | |
| FINANCIAL ASSET MANAGEMENT | ) | |
| AKA FFAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW, Defendant First Financial Asset Management, Inc., by and through the undersigned counsel and hereby informs the Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Defendant anticipates will be completed within the next 30 days.

Defendant therefore requests that this honorable Court vacate all dates currently set on the calendar for the present matter.

Respectfully submitted this 12th day of September, 2014.

**BEDARD LAW GROUP, P.C.**

<u>/s/ Jonathan K. Aust</u>
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

- 1 -

2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL BANG, )<br><br>     Plaintiff, )<br>vs. )<br><br>FIRST FINANCIAL ASSET )<br>MANAGEMENT, INC., AKA FIRST )<br>FINANCIAL ASSET MANAGEMENT )<br>AKA FFAM, )<br><br>     Defendant. )<br>_____) | Civil Action File No.<br>1:14-cv-02536-CAP-WEJ |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Notice of Settlement using the CM/ECF system and I deposited a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Michael Bang
2849 Meadow Drive
Marietta, Georgia 30062

Respectfully submitted this 12th day of September, 2014.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.
Georgia Bar No. 043473

- 3 -