IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BANG,<br><br>    Plaintiff,<br>vs.<br><br>FIRST FINANCIAL ASSET MANAGEMENT, INC., AKA FIRST FINANCIAL ASSET MANAGEMENT AKA FFAM,<br><br>    Defendant. | Civil Action File No.<br>1:14-cv-02536-CAP-WEJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 6th day of October, 2014.

| MICHAEL BANG | BEDARD LAW GROUP, P.C. |
|---|---|
| *(signature)*<br>Michael Bang<br>2849 Meadow Drive<br>Marietta, Georgia 30062<br>Telephone: (404) 545-7119<br>*Pro se Plaintiff* | /s/ Jonathan K. Aust<br>Jonathan K. Aust<br>Georgia Bar No. 448584<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>2810 Peachtree Industrial Blvd.<br>Suite D<br>Duluth, Georgia 30097<br>Telephone: (678) 253-1871 |

1

jausi@bedardlawgroup.com
jbedard@bedardlawgroup.com
*Counsel for Defendant,*
*First Financial Asset Management, Inc.*